IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 07-305 (EGS) |
| v. | ) | |
| | ) | |
| HAROLD TYRONE JONES | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Harold Jones, through undersigned counsel, hereby submits this joint motion to continue his status conference, and states in support the following:

1. A two count indictment was issued on November 1, 2007, charging Mr. Jones with Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), and Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a).

2. Mr. Jones was arraigned before Magistrate Judge Kay on November 16, 2007, and he was released on his personal recognizance to the high intensity supervision program on November 19, 2007.

3. Mr. Jones received discovery from the government on November 16, 2007, and he is still in the process of reviewing that discovery and determining how he wishes to proceed.

4. Because Mr. Jones needs more time to consider his case, he asks the Court to continue his status conference that is currently scheduled for November 30, 2007.

5. Mr. Jones is prepared to waive time from the speedy trial clock beginning on the date of his previously scheduled status conference, November 30, 2007, to the date of the next status

conference.

6.  AUSA Jocelyn Ballantine concurs with this motion.

7.  The parties request that the court re-schedule the status conference before 1:00 p.m on December 11, before 4:00 p.m. on December 12, or any time on December 13.

WHEREFORE Mr. Jones respectfully requests that the Court continue his status conference for to one of the dates and times listed above.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 07-305 (EGS) |
| v.   ) | |
| ) | |
| HAROLD TYRONE JONES   ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's joint motion to continue his status conference, it is this

_____ day of _____, 2007, hereby

**ORDERED** that defendant's status conference is continued, and it is further

**ORDERED** that a new date of _____ at _____ shall be scheduled.

_____
HONORABLE EMMET G. SULLIVAN
United States District Judge