UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 07-305 (EGS) |
| HAROLD TYRONE JONES | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the parties' Joint Motion to Continue Status Conference, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the status hearing in this case is continued to **December 13, 2007 at 1:00 p.m.** and will take place in Courtroom 24A before Judge Emmet G. Sullivan; and it is

**FURTHER ORDERED** that the parties shall file electronically an appropriate order tolling the speedy trial clock until the date of the next status hearing.

SO ORDERED.

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **November 29, 2007**