UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Criminal Number 07-305(EGS) |
| ) | Next Court Event |
| HAROLD TYRONE JONES, ) | Status 12/18/2007 |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

The court will please note the appearance of the undersigned on behalf of the defendant, Harold Jones.

Respectfully submitted,

Ferris R. Bond, #372607
Bond & Norman PLLC
P.O. Box 83699
Gaithersburg, Maryland 20883-3699
Phone (301) 590-2727
Fax (202) 207-1041
Cell (202-423-3859
Email: Ferrisbond@comcast.net