UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-305 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **HAROLD TYRONE JONES,** | : | |
| Defendant. | : | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE GOVERNMENT RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS TANGIBLE EVIDENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby seeks a brief extension of time – until February 1, 2008 – in which to file the Government's response to defendant's motion to suppress tangible evidence.

Defendant timely filed his motion to suppress on January 11, 2008. By prior order, the court ordered the Government to respond to this motion by today, January 29, 2008. Government counsel has been in trial before Judge Richard Leon in the case of <u>United States v. Levar Simms</u>, 06-268, for the past week; a verdict was returned around noon on Monday. Counsel was continuously involved in preparations for the trial and was unable to focus on its response to the defendant's motion until today. Counsel is still waiting to speak with several officers in this case in order to fully prepare her response to this motion.

The defendant in this case is not held, and at the moment the Speedy Trial Act has been tolled by defendant's filing in this case.

Counsel has notified counsel for the defense of her intent to file this motion.

WHEREFORE the government respectfully requests that the court grant her a brief enlargement of time – until Friday, February 1, 2008 – to file her response to defendant's motion to suppress.

                                                 Respectfully submitted,

                                                 JEFFREY A. TAYLOR
                                                 United States Attorney

                                                 /s/
BY:   _____
                                                 JOCELYN S. BALLANTINE
                                                 Assistant United States Attorney
                                                 C.A. Bar No. 208267
                                                 555 4th Street, N.W.  Room 4237
                                                 Washington, DC 20530
                                                 202-514-7533
                                                 Jocelyn.Ballantine2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-305 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **HAROLD TYRONE JONES,** | : | |
| Defendant. | : | |

### ORDER

_____Upon consideration of the government's motion for enlargement of time in which to file her response to defendant's motion to suppress evidence in this case, it is this _____ day of _____, 2008, hereby

**ORDERED** that the government's response be filed no later than Friday, February 1, 2008.

_____
HONORABLE EMMET G. SULLIVAN
United States District Judge