UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal Number 07-305(EGS) |
| ) | Next Court Event |
| HAROLD TYRONE JONES, ) | Motions Hearing 3/07/2008 |
| ) | |
| Defendant. ) | |
| _____) | |

## MOTION TO EXTEND TIME FOR HAROLD JONES REPLY TO GOVERNMENT OPPOSITION TO MOTION TO SUPPRESS UNTIL FEBRUARY 19, 2008

Comes now Harold Tyrone Jones, through counsel, and for reasons outlined below moves this Court for the entry of an order extending the time to file a reply to the government opposition to his motion to suppress until on or before February 19, 2008. In support thereof, Harold Tyrone Jones would represent to the court the following:

1. This Court set a deadline of February 15, 2008 for filing a reply to the government opposition to Mr. Jones' motion to suppress. We have not been able to do so for the following reasons.

2. There is a factual dispute to the government version and sequence of

events forming the basis of Mr. Jones motion to suppress requiring Mr. Jones input.

3. Though the undersigned, has reviewed the government opposition with Mr. Jones, due to schedule conflict, a reply has not yet been completed and reviewed for accuracy.

4. We request the weekend to do so.

5. We have called and left a voice mail message with Counsel for the Government seeking their consent. We do not yet know their position.

6. We note the government received an extension to respond to the motion and submit that a brief extension would not prejudice the government. It would be in the interest of justice to narrow the issues before the motions hearing.

Accordingly, we request an extension until on or before February 19, 2008.

Respectfully submitted,

Ferris R. Bond, #372607
Bond & Norman PLLC
P.O. Box 83699
Gaithersburg, Maryland 20883-3699
Phone (301) 590-2727
Fax (202) 207-1041
Cell (202-423-3859
Email: Ferrisbond@comcast.net