UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 07-305 (EGS) |
| v. | : | |
| | : | |
| HAROLD TYRONE JONES | : | Motions Hearing: May 7, 2008 |
| Defendant. | : | |
| _____ | : | |

## UNOPPOSED MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the court continue the status hearing (currently scheduled for 11 a.m. on May 7, 2008) in the above-captioned case to either (1) any time after 2 p.m. on May 7, 2008, or (2) a future date.

This court held a hearing on the Defendant's motion to suppress evidence on March 19, 2008.  The Court deferred ruling on the motion until April 9, 2008.  On that date, the Court heard additional argument and scheduled the May 7, 2008, status hearing.

Government counsel began a homicide trial before Chief Judge Rufus G. King, III, in D. C. Superior Court, on April 28, 2008.  The Government expects to be in closing arguments tomorrow, May 7, 2008, at 11 a.m.  However, the judges of the Superior Court will be in training from mid-day Wednesday until the end of the day Friday.  Counsel has informed Chief Judge King of this conflict and he has indicated that he will not sit past 1 p.m. on May 7, 2008.

Government counsel therefore asks this court to reschedule tomorrow's 11 a.m. hearing to either (1) any time after 2 p.m. on May 7, 2008, or (2) a future date.

Counsel has notified counsel for the defense of her intent to file this motion, and counsel does not oppose it.  Furthermore, both counsel are available to conduct this hearing at any time after 2 p.m. on Wednesday, May 7, 2008.

     WHEREFORE the government respectfully requests that the court continue this matter to either (1) any time after 2 p.m. on May 7, 2008, or (2) a future date.

                          Respectfully submitted,

                          JEFFREY A. TAYLOR
                          United States Attorney

                          /s/
BY: _____
                          JOCELYN S. BALLANTINE
                          Assistant United States Attorney
                          C.A. Bar No. 208267
                          555 4th Street, N.W.  Room 4237
                          Washington, DC 20530
                          202-514-7533
                          Email: Jocelyn.Ballantine2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 07-305 (EGS) |
| v. | : | |
| | : | |
| HAROLD TYRONE JONES | : | Motions Hearing: May 7, 2008 |
| Defendant. | : | |
| _____ | : | |

**ORDER**

The Court having considered the Government's motion to continue and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the status hearing in this case be continued to a date mutually agreed upon by the parties.

_____
EMMET G. SULLIVAN
Judge, United States District Court  for the
District of Columbia