## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Criminal Number 07-305(EGS)** |
| | ) | **Next Court Event** |
| HAROLD TYRONE JONES, | ) | **Status Hearing 9/09/2008** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING OF AFFIDAVIT AND PROPOSED ORDER

Please note the filing by the undersigned of both an affidavit by Mr. Jones and a proposed order.

Respectfully submitted,

Ferris R. Bond, #372607
Bond & Norman PLLC
P.O. Box 83699
Gaithersburg, Maryland 20883-3699
Phone (301) 590-2727
Fax (202) 207-1041
Cell (202-423-3859
Email: Ferrisbond@aol.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Criminal Number 07-305(EGS)** |
| ) | **Next Court Event** |
| HAROLD TYRONE JONES, ) | **Status Hearing 9/09/2008** |
| ) | |
| Defendant. ) | |
| ) | |

## HAROLD JONES' AFFIDAVIT WAIVING HIS SPEEDY TRIAL RIGHTS FROM MAY 8, 2008 UNTIL SEPTEMBER 16, 2008

I, Harold Tyrone Jones, have been informed of the following:

1.     Under the Speedy Trial Act, I have a right to have my trial   begin within 70 days of the filing of an information or indictment or of my initial appearance.

2.     I may waive my right to being tried within that time period and the Court may to grant a continuance and exclude the resulting delay if the court, after considering certain factors, makes on-the-record findings that the ends of justice served by granting the continuance outweigh the public's interest and  also my interests in a speedy trial.

I believe the time period between May 8, 2008 and September 16, 2008 is needed to prepare for trial and specifically to look into whether the findings of the government chemist in this case accurately identified the substance allegedly seized and whether the weight or weights measured were accurate and correct.

For that reason I hereby waive and give up my right to have the time period between May 8, 2008 and September 16, 2008 used to calculate the 70 day period within which I have a right to have my trial commence. In other words, I waive and give my right to have my trial commence at any time on or before September 16, 2008.

Under penalty of perjury, I swear the foregoing to be true and correct to the best of my knowledge and belief on this 15th day of May 2008.

_Harold Tyrone Jones_
Harold Tyrone Jones

2

DISTRICT OF COLUMBIA     SS

Before me, the undersigned, a notary public of and for the jurisdiction aforesaid, appeared Harold Tyrone Jones who swore his statements in the foregoing affidavit were true and correct to the best of his knowledge and belief on this _16_ day of May, 2008.

_____
Notary Public

My Commission expires:

APPOLLO CAMERON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2010

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal Number 07-305(EGS) |
| ) | |
| HAROLD TYRONE JONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## (PROPOSED) ORDER

This matter comes before the court on a request that the trial be set on September 16, 2008 and an affidavit by Mr. Jones waiving his right to have his right under the Speedy Trial Act to have his trial commence on or before September 16, 2008. The Court notes that Mr. Jones seeks more time to prepare for trial and investigate. Specifically, Mr. Jones seeks more time to look into whether the government chemist in this case accurately identified the substances allegedly seized and whether the weight or weights measured were accurate and correct.

The Court finds that the time is needed by Mr. Jones to prepare for trial and investigate. Specifically, the Court finds that Mr. Jones needs the time between

May 8, 2008 and September 16, 2008 to look into whether the findings of the

government chemist in this case accurately identified the substance allegedly

seized and whether the weight or weights measured were accurate and correct.

The Court further finds that the ends of justice would be served by setting

the trial for September 16, 2008 and that the delay in the commencement of Mr.

Jones' trial outweighs the public's and Mr. Jones' interests in a speedy trial.

Accordingly, it is hereby adjudged ordered and decreed that the time

between May 8, 2008 and September 16, 2008 be and hereby is tolled and

excluded from the 70-day time calculation under the Speedy Trial Act.

It is further adjudged, ordered and decreed that trial of this matter is set for

September 16, 2008 at 9:00 AM in Courtroom 24A.

So ordered this _____ day of _____, 2008


_____
Emmet G. Sullivan
United States District Judge

2