UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Criminal Number 07-305(EGS) |
| | ) |
| HAROLD TYRONE JONES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## (PROPOSED) ORDER

This matter comes before the court on a request that the trial be set on September 16, 2008 and an affidavit by Mr. Jones waiving his right to have his right under the Speedy Trial Act to have his trial commence on or before September 16, 2008. The Court notes that Mr. Jones seeks more time to prepare for trial and investigate. Specifically, Mr. Jones seeks more time to look into whether the government chemist in this case accurately identified the substances allegedly seized and whether the weight or weights measured were accurate and correct.

The Court finds that the time is needed by Mr. Jones to prepare for trial and investigate. Specifically, the Court finds that Mr. Jones needs the time between

May 8, 2008 and September 16, 2008 to look into whether the findings of the government chemist in this case accurately identified the substance allegedly seized and whether the weight or weights measured were accurate and correct.

The Court further finds that the ends of justice would be served by setting the trial for September 16, 2008 and that the delay in the commencement of Mr. Jones' trial outweighs the public's and Mr. Jones' interests in a speedy trial.

Accordingly, it is hereby adjudged ordered and decreed that the time between May 8, 2008 and September 16, 2008 be and hereby is tolled and excluded from the 70-day time calculation under the Speedy Trial Act.

It is further adjudged, ordered and decreed that trial of this matter is set for September 16, 2008 at 9:00 AM in Courtroom 24A.

So ordered this 21st day of May, 2008

_____
Emmet G. Sullivan
United States District Judge