UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal Number 07-305(EGS) |
| ) | Next Court Event |
| HAROLD TYRONE JONES, ) | Status Hearing 8/26/2008 |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CONSENT MOTION TO CONTINUE TRIAL TO A TIME SET AT THE AUGUST 26, 2008 STATUS HEARING

Comes now Harold Tyrone Jones, through counsel, and for reasons outlined below moves this Court for the entry of an order continuing the trial of this matter to a date to be determined at the status hearing in this matter now set for August 26, 2008:

1.  Mr. Jones has been indicted for possession with intent to distribute 69.8 grams of crack cocaine.

2.  The trial in this matter is now set for September 16, 2008.

3.  Since the motions hearing was held, the government has discovered its available proof is inconsistent with the charge in the indictment.

4.  Rather than possession with intent to distribute 69.8 grams of crack cocaine, we have been advised that the government's evidence will show that 56.8 grams of cocaine hydrochloride (powdered cocaine) and 13 grams of cocaine base (crack) were seized from Mr. Jones vehicle.

5.  The government has advised that it is seeking a superseding indictment with charges consistent with what they believe they can prove.

6.  Additional time is needed by Mr. Jones to investigate how a grand jury could return an indictment charging Mr. Jones with allegations so inconsistent with the evidence available.

7.  The new charges will perhaps change the defense theory of the case. Additional time is needed to decided whether it does so.

8.  Extra time is also needed to investigate whether the amount of cocaine seized is consistent with use as opposed to distribution. Time is needed to consult with experts and also to determine if expert testimony is available and necessary to rebut the testimony of the government drug experts.

9.  Finally we need additional time to review the superseding indictment and to decide whether there are issues that need to be raised.

10. We have consulted with counsel for the United States. They do not

oppose and consent to the granting of this motion.

11. It is in the interest of justice to grant this motion.

Accordingly, we request an order continuing the trial of this matter to a time to a date to be determined at the status hearing in this matter now set for August 26, 2008.

## Points and Authorities

Rule 12
Rules 16

Respectfully submitted,

_____
Ferris R. Bond, #372607
Bond & Norman PLLC
P.O. Box 83699
Gaithersburg, Maryland 20883-3699
Phone (301) 590-2727
Fax (202) 207-1041
Cell (202-423-3859
Email: Ferrisbond@comcast.net

## Certificate of Service

I hereby certify that a true copy of the foregoing motion to continue and attached proposed order were served upon counsel for all parties electronically on this 20th day of August 2008.

_____
Ferris R. Bond

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal Number 07-305(EGS) |
| ) | |
| HAROLD TYRONE JONES, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## PROPOSED ORDER

    This matter comes before the court on a "Consent Motion To Continue Trial To A Time Set At The August 26, 2008 Status Hearing" filed by Mr. Jones. The Court finds that it is in the interest of justice to allow Mr. Jones additional time to investigate the circumstances surrounding the return of the indictment charging unproveable drug amounts in this matter and further to allow Mr. Jones time to consult with experts and determine whether he desires to call an expert in the defense of anticipated charges that are to be returned in superseding indictment and also to allow Mr. Jones to determine if additional motions need to be field based on the return of an anticipated superseding indictment. The Court being of the opinion that the motion should be granted and noting that the motion is unopposed by the United States, it is hereby adjudged ordered and decreed that the trial of this matter is continued to a date to be set at the August 26, 2008 status date.

    So ordered this _____ day of _____, 2008.

_____
**Emmet G. Sullivan**
**United States District Judge**

cc

Ferris Ridgely Bond ferrisbond@aol.com

Emily A. Miller emily.miller2@usdoj.gov