**FILED**
JUN 2 0 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 07-305 (EGS) |
| | : | |
| v. | : | |
| | : | |
| HAROLD TYRONE JONES, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Upon the government's motion to dismiss the Indictment, it is hereby

**ORDERED** that the government's request is granted, and the indictment is dismissed.

So ordered, this 20th day of July, 2011.

_____
EMMET G. SULLIVAN
United States District Judge

copies:

Cassidy Kesler Pinegar
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Ferris Bond
777 6th Street, N.W.
Suite 410
Washington, D.C. 20001